# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br> For the Use of <br> R.W. ROSANO CORP., <br><br> Plaintiff, <br><br> *vs.* <br><br> INTERNATIONAL FIDELITY <br> INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT (WITH JURY DEMAND)

COMES NOW Plaintiff United States of America for the use of R.W. Rosano Corp., by and through its undersigned attorney, and for its cause of action against Defendant pursuant to 40 U.S.C.A. §§3131 through 3133 ("Miller Act") states as follows:

## PARTIES

1. R.W. Rosano Corp. ("RWRC" or "Plaintiff"), the plaintiff herein, is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with its principal place of business located at 34 Crocker Lane, Cohasset, Norfolk County, Massachusetts 02025. RWRC is in the business of providing construction and earth moving services.

2. Defendant International Fidelity Insurance Company ("IFIC") is an insurance company organized and existing under the laws of the state of New Jersey with its principal place of business located at One Newark Center, 20th Floor, Newark, New Jersey 07102. IFIC is in the business of issuing surety bonds.

## JURISDICTION AND VENUE

3. This action arises, and the Court has jurisdiction, under the Miller Act, 40 U.S.C.A. §§3131 through 3133.

4. This Court has personal jurisdiction over the Defendant IFIC because Plaintiff's cause of action arises from IFIC's transaction of business in the Commonwealth of Massachusetts and IFIC, as an insurance registered with the Massachusetts Division of Insurance, regularly transacts business in the Commonwealth of Massachusetts.

5. Venue in this Court is proper under 40 U.S.C.A. § 3133(a)(b)(3) because the contract for which Defendant provided its Payment Bond, as alleged below, was to be performed and executed in the Commonwealth of Massachusetts.

## FACTS APPLICABLE TO ALL COUNTS

6. On or about July 13, 2015, a company named H2H Associates, LLC entered into a contract in writing with the United States of America to furnish the materials and perform the labor for the dredging, construction and improvements described as the Maintenance Dredging of Cohasset Harbor and Beach Nourishment in accordance with the specifications contained in the contract (herein the "Project"). This contract was designated Contract No. W912WJ-15-C-0017.

7. H2H Associates, LLC (herein "H2H") is, and was at all materials times, a limited liability company organized and existing under the laws of the state of New York with its principal place of business located at 179 River Street, Troy, New York 12108.

8. On July 20, 2015 pursuant to the terms of the contract, H2H, as principal, and Defendant IFIC, as Surety, executed and delivered to the United States their Payment

Bond, designated Bond # NEIFSU0685868, conditioned as required by the Miller Act, for the protection of all persons supplying labor and materials in the prosecution of the work on the Project and provided for in the contract.

## CLAIMS FOR RELIEF

### COUNT I

**(Recovery on Payment Bond – Subcontract with Prime Contractor)**

9. Plaintiff incorporates by this reference, repeats and realleges all of the allegations contained in each of the preceding paragraphs of this Complaint.

10. On or about September 25, 2015, RWRC entered into a written contract with H2H to provide labor and materials on the Project as a subcontractor. Pursuant to this subcontract, RWRC was to perform the Beach Nourishment portion of the work provided for in H2H's prime contract with the United States, pursuant to which the materials dredged from Cohasset Harbor would be placed on Sandy Beach in Cohasset and used to nourish and replenish the sand on the Beach.

11. Plaintiff RWRC furnished labor and materials at the request of H2H and in connection with the Beach Nourishment portion of the Project and for the prosecution of said bonded work in the reasonable sum of $48,988.56 for which RWRC has not been paid.

12. H2H has breached its contract with Plaintiff in that it has failed and refused to pay Plaintiff the moneys due it for labor performed and materials furnished as set forth above.

13. Plaintiff last performed work and furnished materials pursuant to Plaintiff's subcontract with H2H more than 90 days prior to the filing of this Complaint.

14.     Notwithstanding Plaintiff's several demands for payment, such balance has not been paid by H2H and there is now justly due and owing the Plaintiff the sum of $48,988.56.

15.     Defendant IFIC, pursuant to its Payment Bond, agreed to guarantee payment for all labor and materials furnished in the completion of the Project, including without limitation the labor and materials furnished by Plaintiff pursuant to its subcontract with H2H.

16.     All the conditions precedent for the bringing and maintenance of this action have been performed or have occurred.

17.     Defendant IFIC owes Plaintiff the sum of $48,988.56, plus prejudgment interest.

## COUNT II

### (Recovery on Payment Bond – Contract with Subcontractor Blue Waters)

18.     Plaintiff incorporates by this reference, repeats and realleges all of the allegations contained in each of the preceding paragraphs of this Complaint.

19.     In addition to its subcontract with H2H discussed above, RWRC also provided labor and furnished materials to another subcontractor of the project, Blue Waters Marine, LLC ("Blue Waters"), which performed much of the actual dredging work on the Cohasset Harbor Project. Blue Waters is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in Easton, Maryland. Upon information and belief, Blue Waters provided labor and materials for the Project pursuant to a subcontract with H2H.

20. Plaintiff RWRC furnished labor and materials at the request of Blue Waters and in connection with the Project and for the prosecution of said bonded work in the reasonable sum of $14,195.37 for which RWRC has not been paid.

21. Blue Waters has breached its contract with Plaintiff in that it has failed and refused to pay Plaintiff the moneys due it for labor performed and materials furnished as set forth above.

22. Plaintiff last performed work and furnished materials to Blue Waters in connection with said bonded work more than 90 days prior to the filing of this Complaint.

23. Notwithstanding Plaintiff's several demands for payment, such balance has not been paid by Blue Waters and there is now justly due and owing the Plaintiff the sum of $14,195.37.

24. Plaintiff gave notice by hand-delivery of its written claim against Blue Waters, pursuant to the Miller Act, to the prime contractor H2H within 90 days of the last day Plaintiff provided labor and/or furnished materials on said Project.

25. Defendant IFIC, pursuant to its Payment Bond, agreed to guarantee payment for all labor and materials furnished in the completion of the Project, including without limitation the amounts owed to Plaintiff by Blue Waters.

26. All the conditions precedent for the bringing and maintenance of this action have been performed or have occurred.

27. Defendant IFIC owes Plaintiff the sum of $14,195.37, plus prejudgment interest.

**DEMAND FOR RELIEF**

WHEREFORE, the Plaintiff demands the following relief:

A.      On Count I, that the Court enter judgment against Defendant in the amount of $48,988.56, plus prejudgment interest;

B.      On Count II, that the Court enter judgment against Defendant in the amount of $14,195.37, plus prejudgment interest; and

C.      On all Counts, that the Court award interest, costs and such other and further relief as the Court deems just and appropriate.

**JURY DEMAND**

Plaintiff R.W. Rosano Corp. demands a trial by jury on all claims and counts asserted in this Complaint and all defenses asserted thereto.

**R.W. ROSANO CORP.,**
Plaintiff,
By its attorney,


     /s/ Stephen W. Rider
Stephen W. Rider, Esq., BBO # 419820
Stephen W. Rider, P.C.
350 Lincoln Street – Suite 2400
Hingham, MA 02043
Tel:  781-740-1289
Fax:  781-207-9160
Email: stephen.rider@swrpc.com

Dated: August 12, 2016